## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12-cv-00301-NT |
| | ) | |
| ABSOLUTE COLLECTIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

DAVID GIBSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ABSOLUTE COLLECTIONS CORPORATION.  (Defendant), in this case. Plaintiff hereby request this Honorable Court to retain jurisdiction for the purpose of enforcement of the settlement.

Both sides to bear their own costs and expenses.

Dated: December 11, 2012             RESPECTFULLY SUBMITTED,

LAW OFFICE OF DOUGLAS J. JENNINGS

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
Law Office of Douglas J. Jennings
One Weston Court, Suite 103B
Augusta, ME 04330
dfjlaw@live.com
(207) 623-1632
Attorney for Plaintiff, DAVID GIBSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was electronically submitted to all parties by the Court's CM/ECF system.


<u>s/ Douglas F. Jennings</u>
Douglas F. Jennings
Attorney for Plaintiff